

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00426-CV

| | | |
|---|---|---|
| Professional Association of Golf Officials | § | From the 96th District Court |
| | § | of Tarrant County (96-258181-12) |
| v. | | |
| | § | December 27, 2013 |
| Phillips Campbell & Phillips, L.L.P. and Patrick C. Campbell, Jr. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Professional Association of Golf Officials shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Lee Gabriel